**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | | |
|---|---|---|
| **TERI SANDERS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 3:26-cv-06278** |
| **THE TRUSTEES AT PRINCETON** | : | |
| **UNIVERSITY d/b/a PRINCETON** | : | |
| **UNIVERSITY, and MICHAEL** | : | |
| **HOTCHKISS, INDIVIDUALLY AND IN** | : | |
| **HIS OFFICIAL CAPACITY** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**FED. R. CIV. P. 7.1(a) CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT PRINCETON UNIVERSITY**

The nongovernmental corporate party, the Trustees of Princeton University

("Princeton University"), in the above listed civil action does not have any parent corporation or

publicly held corporation that must be disclosed per Federal Rule of Civil Procedure 7.1(a).

Date: May 29, 2026

/s/ Stephen J. Kastenberg
Stephen J. Kastenberg, Esquire
Elizabeth K. McManus, Esquire
Elizabeth V. Wingfield, Esquire
Ballard Spahr LLP
kastenberg@ballardspahr.com
mcmanuse@ballardspahr.com
wingfielde@ballardspahr.com
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-0015
Telephone:  (215) 665-8500

*Attorneys for Princeton University*